UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYMON JACOBS,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHELLE KING, Acting<br>Commissioner of Social Security,<br><br>　　　　　Defendant | CASE NO.  2:24-cv-5472 MCS-KES<br><br>ORDER FOR AWARD<br>OF EQUAL ACCESS TO JUSTICE<br>ACT ATTORNEY FEES PURSUANT<br>TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$5,352** as authorized by 28 U.S.C. § 2412.

Dated: January 27, 2025

_Karen E. Scott_
HONORABLE KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE